UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    ERNEST M. VALLERY | CASE NO. 14-13171 |
| *aka Estate of Albert Vallery, Sr.* | |
| | SECTION B |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES IN INTEREST, please take notice that Jackson & McPherson, L.L.C., on behalf of Selene Finance, LP, hereby enters their appearance as counsel for Selene Finance, LP, in the above case, and pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given or served upon the foregoing counsel at the address listed as follows:

Selene Finance, LP
c/o JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, LA  70112

    Submitted By:

    /s/ Tabitha Mangano
    Tabitha Mangano (No. 32569)
    Cris Jackson (No. 20876)
    JACKSON & McPHERSON, L.L.C.
    1010 Common Street, Suite 1800
    New Orleans, LA 70112
    Phone:  (504) 581-9444
    Fax:  (504) 588-2888
    Email:  tmangano@jacksonmcpherson.com
    Email:  cjackson@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   ERNEST M. VALLERY | CASE NO. 14-13171 |
| *aka Estate of Albert Vallery, Sr.* | |
| | SECTION B |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Appearance and Request for Notice of Selene Finance, LP has been served on the Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on December 11, 2014.

R.L. Landreneau, Jr., Counsel for Debtor
rll801@bellsouth.net

S. J. Beaulieu, Chapter 13 Trustee
ecf@ch13no.com

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)